BRETT T. SULLIVAN
SULLIVAN STROMBERG, PLLC
827 W. 1st Ave., Suite 425
Spokane, WA 99201-3914
(509) 413-1004

Hon. Frank L. Kurtz

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

**EARL DRINKWATER AND KATHY DRINKWATER,**

Debtors.

Case No. 11-00257-FLK12
Chapter 12

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

THIS MATTER having come before this Court for confirmation on the 12th day of July, 2011, the Court having reviewed the Debtors' First Amended Chapter 12 Plan, the Trustee's Confirmation Summary and having heard argument of counsel and otherwise considered the files and pleadings contained herein, the Court does hereby make the following:

### I. FINDINGS OF FACT

1. The Debtors Earl Drinkwater and Kathy Drinkwater filed a Chapter 12 Petition on January 20, 2011;

2. The Debtors filed a Chapter 12 Plan on or about April 20, 2011 (Docket #25).

FINDINGS OF FACT AND CONCLUSIONS
OF LAW - 1

SULLIVAN STROMBERG, PLLC
827 W. 1st Ave., Suite 425
Spokane, WA 99201-3914
Tel.: (509) 413-1004
Fax: (509) 413-1078

11-00257-FLK12    Doc 54    Filed 08/08/11    Entered 08/08/11 11:49:36    Pg 1 of 6

3. Objections to the Debtors' Chapter 12 Plan were filed by the Chapter 12 Trustee on or about April 26, 2011 (Docket #27) and by U.S. Bank on or about May 2, 2011 (Docket #37).

4. Debtors filed a First Amended Chapter 12 Plan on or about June 28, 2011 (Docket #42).

5. Objections to the Debtors' First Amended Chapter 12 Plan were filed by U.S. Bank on or about July 7, 2011 (Docket #45).

6. The Debtors conducted their farming operations in 2011 using cash generated from their orchard operations, which did not constitute cash collateral.

7. The Debtors' projected gross income from farming and non-farming operations for the period of time from July 1, 2011 to December 31, 2011 is $259,600. The Debtors' projected expenses for that same period are $177,970.00. Payments to creditors for that period are projected to be $39,898.39, as further described in the First Amended Chapter 12 Plan and the budget attached thereto, which was subsequently revised as described in the Order Confirming First Amended Chapter 12 Plan.

8. The Debtors' projected gross income from farming and non-farming operations for the period of time from January 1, 2012 to December 31, 2012 is $471,650. The Debtors' projected expenses for that same period are $318,489.96. Payments to creditors for that period are projected to be $112,975.18, as further described in the First Amended Chapter 12 Plan and the budget attached thereto, which was subsequently revised as described in the Order Confirming First Amended Chapter 12 Plan.

9. The Debtors' projected gross income from farming and non-farming operations for the period of time from January 1, 2013 to December 31, 2013 is $471,650. The Debtors' projected expenses for that same period is $318,489.96. Payments to creditors for that period are projected to be $110,656.52, as further

FINDINGS OF FACT AND CONCLUSIONS OF LAW - 2

SULLIVAN STROMBERG, PLLC
827 W. 1st Ave., Suite 425
Spokane, WA 99201-3914
Tel.: (509) 413-1004
Fax: (509) 413-1078

described in the First Amended Chapter 12 Plan and the budget attached thereto, which was subsequently revised as described in the Order Confirming First Amended Chapter 12 Plan.

10. The Debtors' projected gross income from farming and non-farming operations for the period of time from January 1, 2014 to December 31, 2014 is $471,650. The Debtors' projected expenses for that same period is $318,489.96. Payments to creditors for that period are projected to be $110,656.52, as further described in the First Amended Chapter 12 Plan and the budget attached thereto, which was subsequently revised as described in the Order Confirming First Amended Chapter 12 Plan.

11. The Debtors' projected gross income from farming and non-farming operations for the period of time from January 1, 2015 to December 31, 2015 is $471,650. The Debtors' projected expenses for that same period is $318,489.96. Payments to creditors for that period are projected to be $110,656.52, as further described in the First Amended Chapter 12 Plan and the budget attached thereto, which was subsequently revised as described in the Order Confirming First Amended Chapter 12 Plan.

12. All fees, charges or amounts required to be paid under Chapter 12 of Title 28 U.S.C. or by the Plan have been paid prior to confirmation.

Based upon the foregoing Findings of Fact, the Court makes the following:

## II. CONCLUSIONS OF LAW

1. The Debtors' First Amended Chapter 12 Plan complies with the provisions of Chapter 12 and other applicable provisions of Title 28 of the United States Code and Title 11 of the United States Code as well as all applicable Bankruptcy Rules and Local Bankruptcy Rules.

FINDINGS OF FACT AND CONCLUSIONS OF LAW - 3

SULLIVAN STROMBERG, PLLC
827 W. 1st Ave., Suite 425
Spokane, WA 99201-3914
Tel.: (509) 413-1004
Fax: (509) 413-1078

11-00257-FLK12    Doc 54    Filed 08/08/11    Entered 08/08/11 11:49:36    Pg 3 of 6

2. The holder of each secured claim has accepted the First Amended Chapter 12 Plan and will receive full payment of its secured claim and shall retain its lien with existing priority until such payment has been made.

3. The Debtors' First Amended Chapter 12 Plan has been proposed in good faith and not by any means forbidden by law.

4. The Debtors will be able to make all Plan payments and otherwise comply with the terms of the First Amended Chapter12 Plan and the Order Confirming First Amended Chapter 12 Plan.

5. The Chapter 12 Trustee shall receive compensation pursuant to 28 U.S.C. § 586(e)(1)(B)(ii).

PRESENTED BY:
SULLIVAN STROMBERG, PLLC

By:  /s/ Brett T. Sullivan
    Brett T. Sullivan, WSBA #24131
    Attorneys for Debtors

FINDINGS OF FACT AND CONCLUSIONS OF LAW - 4

SULLIVAN STROMBERG, PLLC
827 W. 1st Ave., Suite 425
Spokane, WA 99201-3914
Tel.: (509) 413-1004
Fax: (509) 413-1078

11-00257-FLK12    Doc 54    Filed 08/08/11    Entered 08/08/11 11:49:36    Pg 4 of 6

APPROVED AS TO FORM AND CONTENT

FORD ELSAESSER
CHAPTER 12 TRUSTEE

    /s/ Ford Elsaesser
_____
Ford Elsaesser, Trustee


OGDEN MURPHY WALLACE, P.L.L.C.


_____
Brian A. Walker, WSBA #26586
Attorneys for U.S. Bank

FINDINGS OF FACT AND CONCLUSIONS OF LAW - 5

SULLIVAN STROMBERG, PLLC
827 W. 1st Ave., Suite 425
Spokane, WA 99201-3914
Tel.: (509) 413-1004
Fax: (509) 413-1078

11-00257-FLK12    Doc 54    Filed 08/08/11    Entered 08/08/11 11:49:36    Pg 5 of 6

APPROVED AS TO FORM AND CONTENT

FORD ELSAESSER
CHAPTER 12 TRUSTEE

_____
Ford Elsaesser, Trustee


OGDEN MURPHY WALLACE, P.L.L.C.

*/s/ Brian A. Walker*

Brian A. Walker, WSBA #26586
Attorneys for U.S. Bank

*/s/ Frank L. Kurtz*
Frank L. Kurtz
Bankruptcy Judge

08/08/2011 09:42:10

FINDINGS OF FACT AND CONCLUSIONS
OF LAW - 5

SULLIVAN STROMBERG, PLLC
827 W. 1st Ave., Suite 425
Spokane, WA 99201-3914
Tel.: (509) 413-1004
Fax: (509) 413-1078